# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK STOUT,** | : | **CIVIL NO. 1:17-CV-2137** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **TAMMY FERGUSON,** *et al.*, | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 11th day of January, 2019, upon consideration of petitioner's motion (Doc. 17) to submit additional evidence in support of his habeas petition, it is hereby ORDERED that:

1. The motion (Doc. 17) is GRANTED.

2. The attached letter (Doc. 17 at 3) is accepted as filed.

                           /S/ CHRISTOPHER C. CONNER
                           Christopher C. Conner, Chief Judge
                           United States District Court
                           Middle District of Pennsylvania