# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK STOUT,** : | CIVIL NO. 1:17-CV-2137 |
| **Petitioner** : | (Chief Judge Conner) |
| v. : | |
| **TAMMY FERGUSON,** *et al.,* : | |
| **Respondents** : | |

## **ORDER**

AND NOW, this 11th day of September, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

3. The motion (Doc. 21) for allowance to accept an exhibit is DISMISSED as moot.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania